# Exhibit 23

# OFFICE OF THE COOK COUNTY RECORDER OF DEEDS

**Human Resources**
118 N. Clark Street, Room 230
Chicago, IL 60602
(312) 603-5095

## STANDARD JOB DESCRIPTION

### Executive Assistant to Chief Deputy Recorder

| | | | |
|---|---|---|---|
| Job Code: | 51 | Department Budget No.: | 1301154 |
| Job Title: | Executive Assistant | Position I.D. No.: | 9501890 |
| Salary Grade: | Grade 20 | Compliance Status: | Non-Exempt |
| Department: | Administration | | |

### Job Summary

Reporting to and directly supporting the Chief Deputy Recorder, provides assistance on a variety of complex organizational and special projects. Under limited supervision, performs a full range of administrative and secretarial work of considerable difficulty involving some independent judgment. Duties performed are highly confidential in nature and are aimed to provide continuity and efficiency to all office operations, functions and activities.

### Essential Job Duties

*This list represents the essential tasks performed by the position. Employees may be assigned additional duties by management as required.*

- Receives and screens telephone calls, letters, emails and/or visitors. Sorts and distributes mail to ensure delivery to the appropriate personnel within the Office.

- Prepares correspondence, memos and reports, directs follow-up as needed and answers correspondence not requiring the Chief Deputy Recorder's direct attention, and maintains paper and electronic records of such.

- Prepares letters, memos and bi-weekly reports to communicate information regarding office/program activities.

- Interfaces, corresponds and collaborates with County Officials as needed.

- Communicates the Chief Deputy Recorder's instructions to various individuals and/or sections and furnishes and obtains other information from other executives, whether they are internal or external as needed.

- Maintains physical and computerized records, for the purpose of storing accurate documentation of office/program activities.

- Completes projects assigned by Chief Deputy Recorder with minimal supervision to the satisfaction of the Chief Deputy Recorder.

- Ability to successfully coordinate projects involving multiple Recorder's Office Departments and external entities.

- Requisitions office supplies as required and monitors supplies to determine supply needs for the CDR.

*Page 1 of 3*

- Attends meetings on behalf of the Chief Deputy Recorder and the Recorder's Office, answers routine questions, and responds to information requests so as to relieve the administrative burden upon the Chief Deputy Recorder.

- Directs the flow of work through the Recorder's Office in conjunction with other Executive Assistants, bringing high priority items to the Chief Deputy Recorder's immediate attention.

- Follows up on all pending administrative matters.

- Schedules meetings and appointments while keeping track of the Chief Deputy Recorder's availability and time constraints on a constant basis, updates Chief Deputy Recorder on a daily/weekly basis.

- Prepares reports and presentations, gathering and summarizing data and often using advanced office technology including word processing, graphics and spreadsheets.

- Organizes and expedites flow of work through Chief Deputy Recorder's office. Initiates follow-up action on documents to ensure appropriate information, approval or signature are approved within the specified time frame.

- Coordinates out of town travel arrangements (hotel, airfare, ground transportation).

- Reviews documents submitted from other sections to ensure appropriate information is properly submitted.

- Assists with implementing departmental and County strategies and policies on behalf of Chief Deputy Recorder. Assists in the preparation of documentation and communications directly with the State's Attorney in preparation for outside legal matters.

## Minimum Qualifications

- Possession of a Bachelor's Degree in any field.

- Five (5) years of full-time paid experience in administrative and secretarial work at the Executive level.

- At least three (3) years of previous computer training or experience related to the use of advanced word processing, spreadsheets and/or database programs including Microsoft Word, Excel, Outlook, PowerPoint, and Publisher.

- Must type at least 40 words per minute.

- Demonstrated ability to perform the essential job duties and possess the knowledge, skills, abilities and other characteristics as listed in this job description.

- **Note: Must provide copy of degree or diploma and documentary proof of experience with application.**

## Preferred Qualifications

- Ten (10) Years of full-time paid experience in administrative secretarial work at the Executive Level.

- Demonstrated ability to perform special projects that required coordination with various entities, CCRD sections and external departments or organizations.

## Knowledge, Skills, Abilities, and other Characteristics

- Strong analytical and problem-solving skills.

- Ability to quickly learn and adapt to Chief Deputy Recorder's management style as to be able to frequently act on Chief Deputy Recorder's behalf to relieve administrative burdens.
- Ability to deal with both the public and governmental bodies and officials.
- Ability to serve as a liaison and project coordinator.
- Ability to maintain strict confidentiality in all matters.
- Exceptional professional demeanor.

Any offer of employment will be contingent on the applicant passing a drug screening test and background check.

The duties listed are not set forth for purposes of limiting the assignment of work. They are not to be construed as a complete list of the many duties normally performed under a job title or those to be performed temporarily outside an employee's normal line of work.