# Exhibit 26

**From:** Matthew Pryor <matthew.d.pryor@gmail.com>
**Sent:** Tuesday, June 23, 2015 2:43 PM
**To:** Felix Babatunde (Recorder of Deeds); Carolyn Wilhight (Recorder of Deeds)
**Cc:** Thomas McMahon (Recorder of Deeds); Cardelle B. Spangler; Crystal Xiong
**Subject:** Temporary Assignment of Sheena Williamson

Felix and Carolyn,

The RCA has reviewed the documentation you all provided regarding Sheena Williamson's Temporary Assignment to the Accounting Department and we have a few questions.

First, it is not our belief that the parties and RCA intended the Plan and Manual to allow Employees hired outside of a competitive process, such as Executive Assistants, to be able to be Temporarily Assigned, Transferred, or otherwise moved into Positions subject to the General Hiring Process. We recognize that this is not specifically addressed in the Plan or Manual but will recommend the parties discuss whether an amendment makes sense to bring clarity on the issue.

Second, the Plan states that "Temporary Assignments shall be decided based on the operational and business needs and goals of the Recorder". Would you please let us know how Temporarily Assigning an Executive Assistant to a Director of Financial Control I Position is consistent with the "operational and business needs and goals of the Recorder"?

Lastly, we are wondering if Sheena meets the Minimum Qualifications for the Director of Financial Control I Position. Would you please provide a copy of the Position's Job Description for our review?

Thank you in advance for your assistance.

Sincerely,
Matt Pryor


EXHIBIT
Wilhight 6

2

Cook County 1395