IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

MEGAN COOK and SHEENA WILLIAMSON,

Plaintiff(s),

v.

KAREN YARBROUGH, in her individual capacity, WILLIAM VELAZQUEZ, in his individual capacity, COOK COUNTY RECORDER OF DEEDS OFFICE, and COOK COUNTY,

Defendant(s).

Case No. 18 C 4583
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of defendants Karen Yarbrough, William Velazquez, the Cook County Recorder of Deeds Office, and Cook County and against plaintiffs Megan Cook and Sheena Williamson.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion summary judgment.

Date:  5/5/2021

Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk